ion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Joseph Simmons, Appellant.— Judgment and order affirmed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title, etc., for the Opening and Extending of Unnamed Street Adjoining Riverside Drive on the East and Extending from West One Hundred and Seventy-seventh Street at Riverside Drive to West One Hundred and Eighty-first Street at Buena Vista Avenue, in the Twelfth Ward, Borough of Manhattan, City of New York.  Constantin Riegger, Appellant; Joseph L. Cullman and Others, as Executors, etc., Respondents.— Order affirmed, with costs and disbursements.  No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lena B. Robertson, Respondent, v. Arthur C. Robertson, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve amended answer on payment of costs.  No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. John R. Marchiolo, Appellant.— Judgment affirmed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Jay Street Connecting Railroad, Relator, v. Edward E. McCall and Others, as Commissioners Constituting the Public Service Commission of the State of New York, First District, etc., Respondents.— Writ dismissed and proceedings confirmed, with costs.  No opinion.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Boland, Respondent, v. New York Transportation Company, Appellant.— Judgment and order affirmed, with costs.  No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles S. Hirsch, Respondent, v. Solomon K. Lichtenstein, Appellant. — Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; McLaughlin, J., dissented.

The People of the State of New York, Respondent, v. Ralph Bartugno, Appellant.— Judgment affirmed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Peter F. Daly, Respondent, v. Frederick W. Whitridge, as Receiver of the Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, and Another, Appellants.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Fred W. Martin, Alias Frank Martin, Appellant.— Judgment affirmed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Barbara Berrian, Respondent, v. The City of New York, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs.